# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY DANIELS, | Case No. 1:08-cv-00208 LJO TAG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS COMPLAINT AND TO DENY PETITION FOR REMOVAL |
| vs. | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN, et al., | (Doc. 12) |
| Defendants. | |

On February 11, 2008, Plaintiff Dorothy Daniels ("Plaintiff"), a non-prisoner proceeding pro se, filed a document entitled "Notice of Petition and Verified Petition for Warrant of Removal of Three-Judge Panel; Wrongful Foreclosure, Conversion, Complaint to Quiet Title to Real Property Injunctive Relief 42 U.S.C. § 1983." (Doc. 1). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 5, 2008, the Magistrate Judge screened Plaintiff's complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6). In her Findings and Recommendations, the Magistrate Judge recommended that Plaintiff's complaint be dismissed for failure to state a basis for federal jurisdiction or to allege claims upon which relief could be granted. (Doc. 12). In addition, the Magistrate Judge recommended that Plaintiff's petition for removal be denied based on Plaintiff's failure to comply with the statutory removal procedures. (Doc. 12). On March 5, 2008, the Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days. (Id.). No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case.

1  Having carefully reviewed the entire file, the Court concludes that the Findings and
2  Recommendations filed on March 5, 2008, are supported by the record and by the Magistrate Judge's
3  analysis.
4       Accordingly, IT IS HEREBY ORDERED that:
5       1.  The Findings and Recommendations ([Doc. 12](Doc. 12)), filed March 5, 2008, are ADOPTED IN
6  FULL;
7       2.  Plaintiff Dorothy Daniels' complaint is DISMISSED WITH PREJUDICE for lack of
8  jurisdiction and for failure to state a claim upon which relief could be granted;
9       3.  Plaintiff's petition for removal is DENIED for failure to comply with the statutory
10 removal procedures; and
11      4.  The Clerk of the Court is DIRECTED to close this case.
12      IT IS SO ORDERED.
13 **Dated:   March 24, 2008**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE